■ 216 GARAGE, INC. v. LOUIS A. ROTH et al.— Motion to dismiss appeal denied and the appeal from the order of January 9, 1958 is permitted to be

withdrawn, without costs to either party.   Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.